COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Kristofer Thomas Kastner v. Texas Workforce Commission and
                         Rosehill Enterprises, L.L.C. dba Houston Admiral Services

Appellate case number:   01-13-00274-CV

Trial court case number: 2011-76848

Trial court:             165th District Court of Harris County

On March 27, 2013, appellant, Kristofer Thomas Kastner, filed an affidavit of indigence in the trial court. *See* TEX. R. APP. P. 20.1(a)(2)(A). The district clerk has filed a clerk's record on indigence containing the trial court's April 19, 2013 order sustaining a contest to appellant's affidavit of inability to pay costs on appeal and holding that appellant is not indigent. *See id.* 20.1(e)(1), (i)(4). Appellant did not file a motion seeking review of the trial court's order within 10 days of the order. *See id.* 20.1(j)(1). Therefore, the required filing fee is due.

Appellant is ORDERED to pay the $175 filing fee to this Court no later than 10 days from the date of this order, or the Court may dismiss the appeal. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent); 42.3 (allowing involuntary dismissal of case); *see also* TEX. GOV'T CODE ANN. §§ 51.207 (West Supp. 2012), 51.941(a) (West 2005), § 101.041 (West Supp. 2012) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals)..

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                   ☑ Acting individually     ☐ Acting for the Court

Date: June 6, 2013